**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

KALILAH ARDRIENNE HAWKINS

Case No: 26−42439 − KAC

Debtor(s)

Chapter 7

---

## ORDER REGARDING NOTICE OF AMENDED SCHEDULE

---

The Debtor(s) has filed an amended Schedule C without proof of notice to all creditors. Therefore,

**IT IS ORDERED:** The Debtor(s) must file proof of notice to all creditors of amended Schedule C within 7 days of this order.

Dated: 9/25/26

s/ Katherine A. Constantine
United States Bankruptcy Judge

**mnboams** 08/23